IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 0 9 1997

Michael N. Milby, Clerk

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HARVEN MICHAEL MCKENZIE | § | CASE NO. 95-48397-H2-7 |
| | § | CHAPTER 7 |
| | § | |
| STEVEN DARRYL MCKENZIE | § | CASE NO. 95-50153-H1-7 |
| | § | CHAPTER 7 |
| | § | |
| TIMOTHY STEWART MCKENZIE | § | CASE NO. 95-48474-H4-7 |
| | § | CHAPTER 7 |
| | § | |
| W. STEVE SMITH, TRUSTEE | § | Jointly Administered Under |
| Plaintiff | § | Case No. 95-47219-H2-7 |
| | § | |
| VS. | § | ADVERSARY NO. 97-4114 |
| | § | |
| MCKENZIE METHANE POLAND CO., | § | |
| FRANCES WOOD MCKENZIE | § | |
| EUROGAS, INC., GLOBEGAS, B.V., | § | |
| AND POL-TEX METHANE, SP. Z.O.O. | § | |
| Defendants | § | |

### AGREED ORDER GRANTING JOINT MOTION OF TRUSTEE AND DEFENDANTS EUROGAS, INC., GLOBEGAS, B.V. & POL-TEX METHANE, SP. Z.O.O. FOR EXTENSION OF TIME AND RESCHEDULING OF DEADLINES

Came on for consideration the Joint Motion of Trustee and Defendants EuroGas, Inc., GlobeGas, B.V. & Pol-Tex Methane, SP. Z.O.O. for Extension of Time and Rescheduling of Deadlines, and the Court, after considering same and being of the opinion that good cause has been shown, it is

ORDERED that the deadline for the Trustee to file a response to the Motion to Dismiss of Defendants EuroGas, Inc., GlobeGas, B.V. & Pol-Tex Methane, SP. Z.O.O. and the Memorandum in support thereof, be, and the same is hereby, extended to July 31, 1997.

ORDERED that the deadline for filing a status report in this Adversary Proceeding shall be, and hereby is, extended to *Oct 3, 1997*; and it is further

ORDERED that the deadline for completing discovery in this Adversary Proceeding shall be, and hereby is, extended to *Oct 3, 1997*; and it is further

ORDERED that the deadline for filing of all dispositive motions in this Adversary Proceeding shall be and hereby is extended to *Oct 3, 1997*; and it is further

ORDERED that the deadline for filing of a joint pretrial statement in this Adversary Proceeding shall be and hereby is extended to *Oct 3, 1997*; and it is further

ORDERED that a Pre-Trial Conference in this Adversary Proceeding shall be held on *November 3, 1997* at *1:30* o'clock before Judge R.F. Wheless, Jr., in Courtroom #400, 4th Floor, U.S. Courthouse, 515 Rusk Avenue, Houston, Texas 77002; and it is further

ORDERED that a trial on this Adversary Proceeding shall be held during the week of *November 11, 1997*.

DATED: *7-**-97*

*/s/ R.F. Wheless*
UNITED STATES BANKRUPTCY JUDGE

AGREED TO IN FORM AND SUBSTANCE:

FLOYD, SMITH, RIOS & WAHRLICH, P.C.

By: *Blanche A. Duett*
W. STEVE SMITH
State Bar No. 18700000
BLANCHE A. DUETT
State Bar No. 00783991
600 Travis, Ste. 2100
Houston, Texas 77002
Telephone: (713) 222-1470
Facsimile: (713) 223-1475

ATTORNEYS FOR TRUSTEE


KRUSE, LANDA & MAYCOCK, L.L.C.

By: *[signature]*
STEVEN G. LOOSLE
State Bar No. 4874
50 West Broadway, Ste. 800
Salt Lake City, Utah 84101
Telephone: (801) 531-7090
Facsimile: (801) 531-7091

ATTORNEYS FOR DEFENDANTS

F:\bad\mckenzie\eurogas\ mtn to extend time re resp to mtn dismiss.doc    3

AGREED TO IN FORM AND SUBSTANCE:

FLOYD, SMITH, RIOS & WAHRLICH, P.C.

By: _____
    W. STEVE SMITH
    State Bar No. 18700000
    BLANCHE A. DUETT
    State Bar No. 00783991
    600 Travis, Ste. 2100
    Houston, Texas 77002
    Telephone: (713) 222-1470
    Facsimile: (713) 223-1475

ATTORNEYS FOR TRUSTEE


KRUSE, LANDA & MAYCOCK, L.L.C.

By: _____ w/ permission /s/
    STEVEN G. LOOSLE
    State Bar No. 4874
    50 West Broadway, Ste. 800
    Salt Lake City, Utah 84101
    Telephone: (801) 531-7090
    Facsimile: (801) 531-7091

ATTORNEYS FOR DEFENDANTS