IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JAN 2 2 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HARVEN MICHAEL MCKENZIE | § | CASE NO.    95-48397-H2-7 |
| STEVEN DARRYL MCKENZIE | § | CASE NO.    95-50153-H5-7 |
| TIMOTHY STEWART MCKENZIE | § | CASE NO.    95-48474-H4-7 |
| DEBTORS | § | |
| | § | JOINTLY ADMINISTERED UNDER |
| W. STEVE SMITH, TRUSTEE | § | CASE NO.    95-47219-H5-7 |
| PLAINTIFF | § | |
| | § | ADVERSARY NO.  97-4114 ✓ |
| | § | ADVERSARY NO.  97-4155 |
| VS. | § | |
| | § | |
| MCKENZIE METHANE POLAND CO., | § | |
| EUROGAS, INC., GLOBEGAS, B.V., | § | |
| AND POL-TEX METHANE, SP. Z.O.O., | § | |
| et.al | § | |
| DEFENDANTS | § | |

## FINAL JUDGMENT

In accordance with the Order Granting Summary Judgment entered herewith, it is

**ORDERED** that **FINAL JUDGMENT** is **GRANTED**  in favor of Timothy McKenzie as

to all causes of action asserted by the trustee; it is further

**ORDERED** that all causes of action in this case against Timothy McKenzie are severed and

**DISMISSED**.

Signed this 22 day of ⟨an⟩ , 2002 at Houston, Texas.

KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE

P:\MCKTIM.FJ.wpd  020116 1630

259