IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HARVEN MICHAEL MCKENZIE | § | JOINTLY ADMINISTERED UNDER |
| STEVEN DARRYL MCKENZIE | § | CASE NO. 95-47219-H5-7 |
| TIMOTHY STEWART MCKENZIE | § | CHAPTER 7 |
| | § | |
| W. STEVE SMITH, TRUSTEE | § | |
| Plaintiff | § § § | |
| VS. | § § § § | |
| | § | Consolidated for Trial |
| | § | ADVERSARY NO. 97-4114 |
| | § | (Adversary Nos. 97-4114 and 97-4155) |
| MCK DEVELOPMENT, B.V., CLARON | § | |
| N.V., JEFFREY, LTD., OKIBI N.V., | § | |
| MCKENZIE METHANE POLAND CO., | § | |
| HARVEN MICHAEL MCKENZIE, | § | |
| EUROGAS, INC., GLOBEGAS, B.V., | § | |
| POL-TEX METHANE SP. Z.O.O., | § | |
| WOLFGANG RAUBALL AND | § | |
| REINHARD RAUBALL | § | |
| Defendants | § | |

NOTICE OF HEARING

PLEASE BE ADVISED that the hearing on **TRUSTEE'S MOTION FOR ENTRY OF DEFAULT AND FOR TRIAL SETTING** has been set for **March 15, 2004** at **9:30 a.m.** in the U.S. Bankruptcy Court, 515 Rusk, Courtroom 10A, Houston, Texas.

Dated: February 11, 2004

                Respectfully submitted,

                W. STEVE SMITH, P.C.

            By: /s/ W. Steve Smith
                W. STEVE SMITH
                State Bar No. 18700000
                2015 Crocker
                Houston, Texas  77006
                Telephone:  (713) 533-1833
                Facsimile:   (713) 533-1834

## CERTIFICATE OF SERVICE

      I, W. Steve Smith, hereby certify that a true and correct copy of the foregoing has been served upon the following parties in the manner shown on the 11th day of February, 2004.

| | |
|---|---|
| EuroGas, Inc.<br>Wolfgang Rauball<br>Slovgold GMBH<br>Kartnerring 5-7<br>Top 3D<br>Vienna, Austria | **VIA FEDERAL EXPRESS**<br>**AND VIA EMAIL TO rauball@eunet.at**<br>**AND VIA FACSIMILE #011-43-0-5139405** |
| Wolfgang Rauball<br>Slovgold GMBH<br>Kartnerring 5-7<br>Top 3D<br>Vienna, Austria | **VIA FEDERAL EXPRESS**<br>**AND VIA EMAIL TO rauball@eunet.at**<br>**AND VIA FACSIMILE #011-43-0-5139405** |
| EuroGas, Inc.<br>Hank Blankenstein<br>1006-100 Park Royal South<br>West Vancouver, B.C.<br>Canada  V7T 1AT | **VIA FEDERAL EXPRESS** |
| Dr. Reinhard Rauball<br>Olpe 19<br>44135 Dortmund, Germany | **VIA FEDERAL EXPRESS** |
| Dr. Reinhard Rauball<br>Wittbraucker Waldweg 17A<br>58313 Herdecke / Ruhr, Germany | **VIA FEDERAL EXPRESS** |
| EuroGas, Inc.<br>Hank Blankenstein<br>3477 Melody Creek Circle<br>Riverton, UT 84065 | **VIA REGULAR FIRST CLASS MAIL** |

KUKUI, Inc.  **VIA REGULAR FIRST CLASS MAIL**
c/o Richard L. Tate
206 South Second Street
Richmond, TX  77469


Harven Michael McKenzie  **VIA REGULAR FIRST CLASS MAIL**
2222 Country Club Drive
Sugar Land, TX  77478


By:   W. Steve Smith
      _____
      W. Steve Smith, Trustee