IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HARVEN MICHAEL MCKENZIE | § | JOINTLY ADMINISTERED UNDER |
| STEVEN DARRYL MCKENZIE | § | CASE NO. 95-47219-H5-7 |
| TIMOTHY STEWART MCKENZIE | § | CHAPTER 7 |
| | § | |
| W. STEVE SMITH, TRUSTEE | § | |
| Plaintiff | § | |
| | § | Consolidated for Trial |
| VS. | § | ADVERSARY NO. 97-4114 |
| | § | (Adversary Nos. 97-4114 and 97-4155) |
| MCK DEVELOPMENT, B.V., CLARON | § | |
| N.V., JEFFREY, LTD., OKIBI N.V., | § | |
| MCKENZIE METHANE POLAND CO., | § | |
| HARVEN MICHAEL MCKENZIE, | § | |
| EUROGAS, INC., GLOBEGAS, B.V., | § | |
| POL-TEX METHANE SP.Z.O.O., | § | |
| WOLFGANG RAUBALL AND | § | |
| REINHARD RAUBALL | § | |
| Defendants | § | |
| | § | |

## ORDER ON TRUSTEE'S MOTION TO WITHDRAW TRUSTEE'S APPLICATION TO COMPROMISE WITH EUROGAS, INC., POL-TEX METHANE SP. Z.O.O., GLOBE GAS, B.V., WOLFGANG RAUBALL AND REINHARD RAUBALL

CAME ON for consideration Trustee's Motion to Withdraw Trustee's Application to Compromise with EuroGas, Inc., Pol-Tex Methane Sp.z.o.o., Globe Gas, B.V., Wolfgang Rauball and Reinhard Rauball, and being advised that Trustee's Application to Compromise is now moot due to breach of the Settlement Agreement, it is

ORDERED that Trustee's Application to Compromise is withdrawn as moot.

SIGNED this the 28 day of Feb, 2004.

KAREN K. BROWN
UNITED STATES BANKRUPTCY JUDGE

