IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HARVEN MICHAEL MCKENZIE<br>Debtor | § § § § § | CASE NO. 95-48397-H2-7<br>CHAPTER 7<br>(Administratively Consolidated<br>under Case No. 95-47219-H5-7) |
| | § § | |
| W. STEVE SMITH, TRUSTEE,<br>Plaintiff | § § § | |
| VS. | § § | ADVERSARY 97-4114<br>and |
| HARVEN MICHAEL MCKENZIE,<br>MCKENZIE METHANE POLAND CO.,<br>EUROGAS, INC., WOLFGANG RAUBALL,<br>REINHARD RAUBALL,<br>MCK DEVELOPMENT, B.V., CLARON, N.V.,<br>JEFFREY, LTD, and OKIBI, N.V. | § § § § § § § | ADVERSARY 97-4155<br><br>CONSOLIDATED FOR TRIAL |

## JUDGMENT

Based upon the Court's Findings of Fact and Conclusions of Law entered this date, it is

ORDERED, ADJUDGED AND DECREED that Harven Michael McKenzie, EuroGas, Inc., Wolfgang Rauball and Reinhard Rauball are jointly and severally liable to W. Steve Smith, Trustee for the Estate of Harven Michael McKenzie in the amount of $113,733,315.90 with compensable interest on $113,233,315.90 from March 7, 1997 at the rate of 5.45%, for which judgment is entered.

Dated this the 7 day of June, 2004.

Karen K. Brown,
United States Bankruptcy Judge