IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HARVEN MICHAEL MCKENZIE | § | CASE NO. 95-48397-H2-7 |
| Debtor | § | CHAPTER 7 |
| | § | (Administratively Consolidated |
| | § | under Case No. 95-47219-H5-7) |
| | § | |
| W. STEVE SMITH, TRUSTEE, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | ADVERSARY 97-4114 |
| | § | and |
| HARVEN MICHAEL MCKENZIE, | § | ADVERSARY 97-4155 |
| MCKENZIE METHANE POLAND CO., | § | |
| EUROGAS, INC., WOLFGANG RAUBALL, | § | CONSOLIDATED FOR TRIAL |
| REINHARD RAUBALL, | § | |
| MCK DEVELOPMENT, B.V., CLARON, N.V., | § | |
| JEFFREY, LTD, and OKIBI, N.V. | § | |

## JUDGMENT

Based upon the Court's Findings of Fact and Conclusions of Law entered this date, it is

ORDERED, ADJUDGED AND DECREED that Harven Michael McKenzie, EuroGas, Inc., Wolfgang Rauball and Reinhard Rauball are jointly and severally liable to W. Steve Smith, Trustee for the Estate of Harven Michael McKenzie in the amount of $113,733,315.90 with compensable interest on $113,233,315.90 from March 7, 1997 at the rate of 5.45%, for which judgment is entered.

Dated this the 7 day of June, 2004.

Karen K. Brown,
United States Bankruptcy Judge

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0541-4            User: vcur              Page 1 of 1              Date Rcvd: Jun 08, 2004
Case: 97-04114                  Form ID: pdf111         Total Served: 12

The following entities were served by first class mail on Jun 10, 2004.
   aty      +Blanche D Smith,    W Steve Smith PC,    2015 Crocker St,    Houston, TX 77006-1303
   aty      +Jesse Dale Wainwright,    Haynes and Boone,    1000 Louisiana,    Ste 4300,    Houston, TX 77002-5029
   aty      +Joseph O Collins, Jr,    Kessler & Collins,    5950 Sherry Lane,    Ste 222,    Dallas, TX 75225-6536
   aty      +Kevin R Anderson,    Kruse Land and Maycock,    50 W Broadway [300 S],    8th Fl,
             Salt Lake City, UT 84101-2020
   aty      +Mark A Weisbart,    5950 Sherry Ln Ste 222,    Dallas, Tx 75225-6536
   aty      +Mark Asher Weisbart,    Kessler Collins,    5950 Sherry Ln,    Ste 222,    Dallas, TX 75225-6536
   aty       Richard L Tate,    Attorney at Law,    206 S 2nd St,    Richmond, TX  77469-3128
   aty      +Richard W Casey,    Giauque Crockett et al,    170 S Main St,    Ste 400,    Salt Lake, UT 84101-3636
   aty      +W Steve Smith,    W Steve Smith PC,    2015 Crocker,    Houston, TX 77006-1303
   aty      +W Steve Smith,    2015 Crocker St,    Houston, TX 77006-1303
   intp     +Harven Michael McKenzie,    8600 Westpark,    Suite 111,    Houston, TX 77063-5826
   intp     +Steven Darryl McKenzie,    8600 Westpark,    Suite 111,    Houston, TX 77063-5826
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

                      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
   dft         Armando Ulrich
   dft         EuroGas Inc
   dft         GlobeGas BV
   dft         Invico Capital Corporation AG
   intp        Kukui Inc
   intp        MCK Development BV,    Herengracht 320,    1016 CE Amsterdam,    P O Box 727,    Amsterdam,
   dft         McKenzie Methane Poland Company
   dft         Pol-Tex Methane SP ZOO
   dft         Reinhard Rauball
   dft         Reinhard Rauball
   op          Richard L Tate
   intp        Stephen J Jeu
   pla         W Steve Smith Ch 7 Trustee
   dft         Wolfgang Rauball
   dft         Wolfgang Rauball
                                                                                           TOTALS: 15, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 10, 2004**                                  **Signature:** *Joseph Speetjens*