IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Jointly Administered Under |
| | § | Case No. 95-48597-H2-7 |
| HARVEN MICHAEL MCKENZIE | § | (Administratively Consolidated |
| Debtor | § | under Case No. 95-47219-H5-7) |
| | § | |
| W. STEVE SMITH, Trustee, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | ADVERSARY NO. 97-4114 |
| | § | ADVERSARY NO. 97-4155 |
| HARVEN MICHAEL MCKENZIE, | § | |
| MCKENZIE METHANE POLAND | § | **Consolidated for Trial** |
| COMPANY, EUROGAS, INC., | § | |
| WOLFGANG RAUBALL, | § | |
| REINHARD RAUBALL, MCK | § | |
| DEVELOPMENT, B.V., CLARON, N.V., | § | |
| JEFFREY LTD., AND OKIBI, N.V., | § | |
| Defendants. | § | |

## ORDERS FOR ENFORCEMENT OF JUDGMENT

On the 28th day of February, 2005 came on for hearing, following proper notice to Harven Michael McKenzie ("McKenzie"), Reinhard Rauball ("R. Rauball") and Wolfgang Rauball ("W. Rauball") (collectively the "Judgment Debtors"), Judgment Creditor's Motion for Orders for Enforcement of Judgment, (the "Motion") filed by W. Steve Smith, Trustee ("Trustee") of the administratively consolidated cases under Cause No. 95-47219-H5-7, and there being no opposition and good cause shown to aid Trustee in the collection of his Judgment, in Consolidated for Trial Adversary Nos. 97-4114 and 97-4155, in the amount of over $113 million, dated June 7, 2004 (the "Judgment"), as against Judgment Debtors, it is

ORDERED that the Motion is granted and that all non-exempt property which the Judgment Debtors own or have an interest in be used to satisfy the Judgment. Such property shall include, but not be limited to:



Z:\CASES\M\McKenzie\ADVERSARIES\Pleadings\Orders for Enforcement of Judgment.doc

- All bank accounts in the name or under the control of W. Rauball and all stocks of or interests in W. Rauball in:

    W. R. Financial
    Conquest
    Ostrov Resources
    Jeffrey, Ltd.
    Claron, N.V.
    Okibi, N.V.
    Sonanini
    Rockwell International
    Oxbridge, Ltd.
    Chemilabco
    Lexington Resources
    Intergold
    Slovgold GMBH and any other public or private corporation or entity in which W. Rauball has stock or interest

- As for R. Rauball and McKenzie, all bank accounts in the names or under the control of McKenzie and/or R. Rauball and all stock of or interests in any public or private entity, company, corporation, partnership, limited partnership and power of attorney.

- As for all of the Judgment Debtors:

    accounts receivable
    notes receivable
    loans
    payments due,
    credits and write-offs
    causes of actions
    loans made or outstanding
    All participation and royalty interests, (collectively the "Property")

it is further

ORDERED that W. Steve Smith is appointed Receiver, upon posting of $10 cash bond, for receipt of the Property with authority to liquidate such Property and pay such proceeds to Trustee to the extent required to satisfy the Judgment; it is further

ORDERED that McKenzie, W. Rauball and R. Rauball, their agents and representatives and those acting in concert with one or more or all of Judgment Debtors are Preliminarily Enjoined, until hearing on the Permanent Injunction, from transferring title to, interest in or possession of the Property and are ordered to turn over to Receiver all documents and records related to the Property and to fully identify the location of such Property for Receiver; it is further

ORDERED that Trustee need not post bond for the Preliminary Injunction, it is further

ORDERED that judgment is further entered for Trustee against the Judgment Debtors, jointly and severally, in the amount of $5,000 for fees and expenses of bringing this action.

Dated: 2/28/05

Karen K. Brown
U.S. Bankruptcy Judge